## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  KRISTI CARLUCCI, | ) | |
| 2.  REBECCA BORNSTEIN, | ) | |
| 3.  JACQUELINE C. TEAGUE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIV-15-1347-M |
| | ) | |
| 1.  SKULLS UNLIMITED | ) | REPRESENTATIVE ACTION |
| INTERNATIONAL, INC., and | ) | |
| 2.  MUSEUM OF OSTEOLOGY, INC., | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendants. | ) | JURY TRIAL DEMANDED |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Kristi Carlucci, Rebecca Bornstein and Jacqueline Teague, hereby stipulate with the Defendants, Skulls Unlimited International, Inc. and Museum of Osteology, Inc., that their claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 21st DAY OF JULY, 2017.**

s/ Shannon C. Haupt
JANA B. LEONARD, OBA #17844
SHANNON C. HAUPT, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
haupts@leonardlaw.net

*Counsel for Plaintiffs*


s/ Erin M. Moore
(Signed with permission)
Conner L. Helms, OBA #12115
Erin M. Moore, OBA #20787
Tiffany K. Peterson, OBA #31186
HELMS & UNDERWOOD
One NE Second St., Suite 202
Oklahoma City, OK 73104
Tele: (405) 319-0700
Fax: (405) 319-9292
conner@helmsunderwood.com
emoore@helmsunderwood.com
tpterson@helmsunderwood.com
*Counsel for Defendants*